**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1724

ELSIE INA DOUE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 17, 2022                    Decided: December 29, 2022

Before DIAZ and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

**ON BRIEF:** Steven Kreiss, Washington, D.C., for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Lindsay Dunn, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elsie Ina Doue, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals denying her motion for sua sponte reopening or reconsideration. Upon review of the parties' briefs, considered in conjunction with the administrative record and the relevant authorities, we agree with the Attorney General that we lack jurisdiction to review the subject order. *See Lawrence v. Lynch*, 826 F.3d 198, 206-07 (4th Cir. 2016) (affirming that this court "lack[s] jurisdiction to review how the Board exercises its sua sponte discretion"); *Mosere v. Mukasey*, 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss this petition for review for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*